```
DANIEL J. BRODERICK, #89424
Federal Defender
PEGGY SASSO, CA Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DAMION RAMON WILLIAMS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:11-cr-0039 OWW |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; |
| v. ) | ORDER |
| DAMION RAMON WILLIAMS, ) | Date: September 26, 2011 |
| ) | Time: 9:00 a.m. |
| Defendant. ) | Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Elana Landau, Counsel for Plaintiff, and Assistant Federal Defender Peggy Sasso, counsel for Defendant Damion Ramon Williams, that the hearing currently set for September 12, 2011 at 9:00 a.m., **may be rescheduled to September 26, 2011 at 9:00 a.m.**

This continuance is requested by counsel for the defendant to allow additional time for further plea discussions and communication with Mr. Williams who is being held out of town.  The requested continuance will conserve time and resources for both counsel and the court.

///

///

///

///

///

1 | The parties agree that the delay resulting from the continuance shall be excluded pursuant to the Speedy Trial Act of 1974, 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(i) and (iv), and that good cause exists, and that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

Dated: September 6, 2011

/s/ *Elana Landau*
ELANA LANDAU
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

Dated: September 6, 2011

/s/ *Peggy Sasso*
PEGGY SASSO
Assistant Federal Defender
Attorney for Defendant
Damion Ramon Williams

IT IS SO ORDERED.

**Dated:   September 6, 2011**              **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE