UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 1:11-CR-00039-002 LJO |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER TO MODIFY SPECIAL |
| v. | ) | TERMS OF SUPERVISED RELEASE |
| | ) | |
| LETICIA T. JOYNER | ) | |
| | ) | |
| Defendant. | ) | |

The Court has received and reviewed Probation's Request and Recommendation to modify the special terms of Supervised Release in the above-indicated matter. The Court has also received and reviewed both the Government's and the Defendant's positions on the request. The Court deems the matter submitted and ORDERS the following concerning the Special Terms of Supervised Release:

    1. Sex Offender registration will not be ordered. It is neither required by law, nor appropriate factually;

    2. Defendant's term of supervised release is the minimum authorized by law, 60 months (18 USC 3583(k));

    3. GED completion must occur within one year.

IT IS SO ORDERED.

**Dated:   January 17, 2012**     /s/ Lawrence J. O'Neill
                                                          UNITED STATES DISTRICT JUDGE