IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:11-CR-00039 LJO |
| Plaintiffs, | ) | ORDER OF RELEASE |
| vs. | ) | |
| LETICIA TERESA JOYNER | ) | |
| Defendant. | ) | |

The above-named defendant having been sentenced on January 7, 2013, to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released to a representative of Turning Point, Bakersfield forthwith. A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

**Dated: January 7, 2013**      /s/ Lawrence J. O'Neill
                                 UNITED STATES DISTRICT JUDGE